IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENNETH ALLEN WEST                                                                                      PETITIONER

v.                                         Case No. 6:24-cv-06098

TRAVIS HILL                                                                                              RESPONDENT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7). Judge Bryant recommends that Petitioner's *Habeas Corpus* petition under 28 U.S.C. § 2254 (ECF No. 2) be dismissed without prejudice.

Petitioner has not responded to the R&R, and the time to do so had passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 7) *in toto*. Petitioner's Petition for Writ of *Habeas Corpus* (ECF No. 2) is hereby **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of September, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge